# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| ULYSSES HARRIS, | § | |
| Plaintiff, | § § § | |
| v. | § § | Case No. 6:19-CV-79-JDK-JDL |
| GREGG COUNTY, GREGG COUNTY SHERIFF, and MAXEY CERLIANO, | § § § § | |
| Defendants. | § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

This action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. Docket No. 2. On May 13, 2019, the Magistrate Judge issued his Report and Recommendation, recommending that the case be dismissed without prejudice for failure to comply with a Court Order and failure to prosecute. Docket No. 6. No objections to the Report and Recommendation have been presented for consideration within the prescribed time period for such objections. Therefore, the Court adopts the Report and Recommendation of the United States Magistrate Judge as the findings of this Court. *Id.*

Accordingly, it is hereby **ORDERED** that the Magistrate Judge's Report be **ADOPTED** and that this action be **DISMISSED WITHOUT PREJUDICE** for failure to comply with a Court Order and failure to prosecute.

So **ORDERED** and **SIGNED** this **29th** day of **May, 2019.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE